UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORRIN FELDMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security,<br><br>        Defendant. | No. CV 12-1528 FFM<br><br>JUDGMENT |

In accordance with the Memorandum Decision and Order filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is affirmed and this action is dismissed with prejudice.

DATED: May 31, 2013

                                              /S/ FREDERICK F. MUMM
                                                FREDERICK F. MUMM
                                             United States Magistrate Judge