UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ORRIN FELDMAN, | ) | No. CV 12-1528 FFM |
| Plaintiff, | ) ) | |
| v. | ) ) | JUDGMENT |
| CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) ) | |

In accordance with the Memorandum Decision and Order filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is affirmed and this action is dismissed with prejudice.

DATED: May 31, 2013                     /S/ FREDERICK F. MUMM
                                                         FREDERICK F. MUMM
                                                         United States Magistrate Judge